UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:

| | | |
|---|---|---|
| KATHY MARIE WEBB | ) | Case No.  24-34068 |
| Debtor | ) | Chapter  13 |

### ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Chapter 13 Trustee's Motion to Dismiss Case With Prejudice, §§ 105 and 1307(c), with proper Notice and hearing held on January 14, 2025. Upon argument of the Chapter 13 Trustee, the Court finds that the debtor is not proceeding in good faith and there is just and sufficient cause to grant relief sought by the Chapter 13 Trustee, therefore, it is

**ORDERED** that this case is dismissed with prejudice. The Debtor is prohibited from filing any bankruptcy petition under Title 11, in any court, for a period of one (1) year from the date of the entry of this Order, and it is further

**ORDERED**, upon entry, the Clerk is directed to send a copy of this Order to all parties in interest in this case.

Dated: Jan 24 2025

/s/ Kevin R Huennekens

Hon. Kevin R. Huennekens,
Bankruptcy Judge
United States Bankruptcy Court

I ASK FOR THIS:
**/s /Carl M. Bates**
Carl M. Bates

Entered On Docket:   Jan 27 2025

### Local Rule 9022-1 (C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

**/s/ Carl M. Bates**
Carl M. Bates
Chapter 13 Trustee

Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  27815